UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION*Jones v. 3M Co., et al.*, 3:21-cv-00683 | Case No: 3:19-md-02885-MCR-GRJJudge Casey RogersMagistrate Judge:  Gary R. Jones |

## MOTION FOR RELIEF FROM ORDER DISMISSING CASE

The Plaintiff[s], Lloyd Jones, pursuant to Rule 60(b)(1), *Federal Rules of Civil Procedure*, respectfully moves for the Court's Order Dismissing Claim, due to mistake, inadvertence, surprise, or excusable neglect.  As grounds, the Plaintiff[s] would show the following:

1. On December 21, 2023, this Court entered its order dismissing cases that failed to comply with CMO No. 60 (the *Identification Order*)**[Doc. 3971].**  The Plaintiff's name and case number were listed in Exhibit A to the Court's order.  **[Doc. 3971-1].**

2. However, the Plaintiff[s]' undersigned attorney had in fact complied with CMO No. 60 by uploading his completed *Identification Order Eligible Claimants List Excel Spreadsheet* to MDL Centrality's portal on September 8, 2023.  A copy of the list is attached as "**Exhibit A**"; a copy of the email confirming that the upload was "completed" is attached as "**Exhibit B**."  Until the undersigned received the Court's order dismissing the Plaintiff[s]' case on December 21, 2023, he had no indication that there was anything wrong with the list he uploaded on September 8, 2023.

3. As soon as the Plaintiff's undersigned attorney learned of the dismissal, he contacted members of Plaintiffs' leadership seeking guidance after explaining that he had uploaded a list per CMO No. 60.

4. The attached *Declaration of Christopher Shakib, Esquire, in Support of Plaintiffs' Motion for Relief from Order Dismissing Cases* is hereby attached as "**Exhibit C**."

5. Plaintiffs[s] submit that, in the light of the facts stated in the *Declaration*, Plaintiffs have diligently attempted to comply with all of the Court's orders, and that at worst, any deficiencies in the uploading of the *Identification Order Eligible Claimants List Excel Spreadsheet* was the result of excusable neglect.

WHEREFORE, the Plaintiff[s] respectfully move(s) that this Court issue an order withdrawing its dismissal of his lawsuit.

Dated: May 24, 2024

Respectfully submitted,

/s/ Christopher Shakib, Esq.
**Christopher Shakib, Esquire**
**TERRELL HOGAN YEGELWEL, P.A.**
233 East Bay Street, 8th Floor
Jacksonville, Florida 32202
Telephone:    (904) 632-2424
Facsimile:    (904) 758-5365
Primary Email: shakib@terrellhogan.com
Secondary Email: jhall@terrellhogan.com
Florida Bar No.: 0947865
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of May, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Christopher N. Shakib